Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 595,513
Registered Sep. 21, 1954
Renewal Term Begins Sep. 21, 1994

## TRADEMARK
## PRINCIPAL REGISTER

### WAYFARER

BAUSCH & LOMB INCORPORATED (NEW YORK CORPORATION)
ONE CHASE SQUARE
P.O. BOX 54
ROCHESTER, NY 14604, BY CHANGE OF NAME FROM BAUSCH & LOMB OPTICAL COMPANY (NEW YORK CORPORATION) ROCHESTER, NY

FOR: SUN GLASSES, IN CLASS 26 (INT. CL. 9).

FIRST USE 3-11-1953; IN COMMERCE 3-11-1953.

SER. NO. 71-655,230, FILED 10-23-1953.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 29, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# UNITED STATES PATENT OFFICE

Registered Sept. 21, 1954                                                 595,513

## PRINCIPAL REGISTER
### Trade-Mark

Ser. No. 655,230, filed Oct. 23, 1953

# WAYFARER

Bausch & Lomb Optical Company (New York corporation)
635 St. Paul St.
Rochester, N. Y.

For: SUN GLASSES, in CLASS 26.
First used Mar. 11, 1953, and in commerce Mar. 11, 1953.

COMB. AFF. SEC. 8 & 15

NOV 6 1959

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 7**

**Serial #:** 71655230   **Filing Dt:** 10/23/1953   **Reg #:** 595513   **Reg. Dt:** 09/21/1954
**Registrant:** BAUSCH & LOMB OPTICAL COMPANY
**Mark:** WAYFARER

### Assignment: 1
**Reel/Frame:** 0075/0022   **Recorded:** 03/02/1961   **Pages:** 3
**Conveyance:** CHANGE OF NAME 19600331
**Assignor:** BAUSCH & LOMB OPTICAL COMPANY, INCORPORATED MAR. 20, 1908.   **Exec Dt:** 02/28/1961
**Entity Type:** UNKNOWN
**Citizenship:** NONE
**Assignee:** BAUSCH & LOMB INCORPORATED   **Entity Type:** UNKNOWN
**Citizenship:** NONE
**Correspondent:** BAUSCH & LOMB INC.
PATENT DEPT.
ROCHESTER 2, NY

### Assignment: 2
**Reel/Frame:** 2035/0187   **Recorded:** 02/04/2000   **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** BAUSCH & LOMB INCORPORATED   **Exec Dt:** 11/15/1999
**Entity Type:** CORPORATION
**Citizenship:** NEW YORK
**Assignee:** LUXOTTICA LEASING S.P.A.   **Entity Type:** CORPORATION
VIA VALCOZZENA   **Citizenship:** ITALY
AGORDO (BELLUNO), ITALY 32021
**Correspondent:** ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
MICHAEL A. GROW
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

### Assignment: 3
**Reel/Frame:** 3203/0851   **Recorded:** 04/29/2005   **Pages:** 5
**Conveyance:** CHANGE IN LEGAL STATUS
**Assignor:** LUXOTTICA LEASING S.P.A.   **Exec Dt:** 05/10/2004
**Entity Type:** CORPORATION
**Citizenship:** ITALY
**Assignee:** LUXOTTICA LEASING S.R.L.   **Entity Type:** LIMITED LIABILITY ITALY
VIA VALCOZZENA 10   **Citizenship:** NONE
AGORDO (BL), ITALY 32021
**Correspondent:** MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE NW
WASHINGTON, DC 20036

### Assignment: 4
**Reel/Frame:** 3155/0893   **Recorded:** 04/29/2005   **Pages:** 8
**Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** LUXOTTICA LEASING S.R.L.  
**Exec Dt:** 02/28/2005  
**Entity Type:** LIMITED LIABILITY CO  
**Citizenship:** ITALY

**Assignee:** KILLER LOOP EYEWEAR S.R.L.  
VIA VALCOZZENA 10  
AGORDO (BL), ITALY 32021  
**Entity Type:** LIMITED LIABILITY CO  
**Citizenship:** ITALY

**Correspondent:** MICHAEL A. GROW  
ARENT FOX PLLC  
1050 CONNECTICUT AVENUE, NW  
WASHINGTON, DC 20036

## Assignment: 5
**Reel/Frame:** 3205/0429   **Recorded:** 10/06/2005   **Pages:** 6

**Conveyance:** CHANGE IN LEGAL STATUS

**Assignor:** KILLER LOOP EYEWEAR S.R.L.  
**Exec Dt:** 02/28/2005  
**Entity Type:** LIMITED LIABILITY CO  
**Citizenship:** NONE

**Assignee:** KILLER LOOP EYEWEAR S.P.A.  
VIA VALCOZZENA 10  
AGORDO (BL), ITALY 32021  
**Entity Type:** UNKNOWN  
**Citizenship:** NONE

**Correspondent:** MICHAEL A. GROW  
ARENT FOX PLLC  
1050 CONNECTICUT AVENUE, NW  
WASHINGTON, DC 20036

## Assignment: 6
**Reel/Frame:** 3230/0499   **Recorded:** 01/19/2006   **Pages:** 11

**Conveyance:** MERGER

**Assignor:** KILLER LOOP EYEWEAR S.P.A.  
**Exec Dt:** 09/16/2005  
**Entity Type:** CORPORATION  
**Citizenship:** ITALY

**Assignee:** LUXOTTICA S.R.L.  
VIA VALCOZZENA, 10  
32021 AGORDO (BL), ITALY  
**Entity Type:** LIMITED LIABILITY COMPANY  
**Citizenship:** ITALY

**Correspondent:** MICHAEL A. GROW  
1050 CONNECTICUT AVENUE, NW  
WASHINGTON, DC 20036

**Domestic rep:** MICHAEL A. GROW  
1050 CONNECTICUT AVENUE, NW  
WASHINGTON, DC 20036

## Assignment: 7
**Reel/Frame:** 3695/0294   **Recorded:** 01/14/2008   **Pages:** 9

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** LUXOTTICA S.R.L.  
**Exec Dt:** 12/20/2007  
**Entity Type:** LIMITED LIABILITY COMPANY  
**Citizenship:** ITALY

**Assignee:** LUXOTTICA GROUP S.P.A.  
VIA CESARE CANTU, 2  
20123 MILAN (MI), ITALY  
**Entity Type:** CORPORATION  
**Citizenship:** NONE

**Correspondent:** MICHAEL A. GROW  
1050 CONNECTICUT AVENUE, NW  
WASHINGTON, DC 20036

**Domestic rep:** MICHAEL A. GROW  
1050 CONNECTICUT AVENUE, NW  
WASHINGTON, DC 20036

Search Results as of: 06/03/2015 12:27 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT